# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| RUTHONI CORNELIUS, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 3:15-cv-01390-NJR-DGW |
| REGIONS FINANCIAL CORPORATION | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, RUTHONI CORNELIUS, through her attorney, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, against Defendant, REGIONS FINANCIAL CORPORATION.

DATED:  January 27, 2016          RESPECTFULLY SUBMITTED,

By: /s/Michael S. Agruss
Michael S. Agruss
IL State Bar #: 6281600
Agruss Law Firm, LLC
4611 N. Ravenswood Ave.
Suite 201
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On January 27, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I faxed a copy of the filed Notice of Voluntary Dismissal to defense counsel, Deborah J. Volmert, at (618)-277-7674.

By: /s/ Michael S. Agruss
Michael S. Agruss